Jose Mario Barajas
2534 S Spruce Street
Santa Ana, CA   92704


Olga Barajas
2534 S Spruce Street
Santa Ana, CA   92704


Law Offices Of Granados & Mendez
4647 N Long Beach Blvd Suite A-2
Long Beach, CA   90805

Acute Care Medical Coastal
PO Box 20020
Fountain Valley, CA  92728


Ameri Credit
PO Box 78143
Phoenix, AZ  85062


American General Finance Inc
Bristol Shopping Center
3825 S Bristol Street
Santa Ana, CA  92704


AT&T Universal Card
C/O Alliance One
PO Box 21882
Eagan, MN  55121


AT&T Wireless
PO Box 51471
Los Angeles, CA  90051


Bank Of America
PO Box 53136
Phoenix, AZ  85072


Beneficial
PO Box 60101
City Of Industry, CA  91716


Capital One Services
PO Box 60000
Seattle, WA  98190

Coastal Communities Hospital
C/O Central Financial Control
PO Box 66040
Anaheim, CA   92816


Ford Motor Credit Company
PO Box 239801
Las Vegas, NV   89123


Macy's
PO Box 4581
Carol Strm, IL   60197


Mervyn's
PO Box 59316
Minneapolis, MN   55459


Orange County's Credit Union
PO Box 11777
Santa Ana, CA   92711


Orchard Bank
PO Box 60102
City Of Industry, CA   91716


SBC
Payment Center
Van Nuys, CA   91388


Sprint Pcs
C/O IC System Inc
PO Box 64437
St. Paul, MN   55164

The Home Depot
C/O Alliance One
PO Box 21961
Eagan, MN   55121


The Infinity Group
C/O Credit Collection Services
Two Wells Avenue
Newton, MA   02459


Union 76
Des Moines, IA   50368


Walmart
PO Box 530927
Atlanta, GA   30353


Weiler & Sein Medical Group
1220 Hemlock Way 106
Santa Ana, CA   92707